# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2371

_____

| | | |
|---|---|---|
| Deborah Markham; Michael Rossini, | * | |
| | * | |
| Appellants, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Maryland Heights Police Department; | * | |
| Neil Kurlander; Mike Kloss; Steve | * | |
| Osterloh, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: August 2, 2000
Filed: August 31, 2000

_____

Before RICHARD S. ARNOLD, HANSEN, and BYE, Circuit Judges.

_____

PER CURIAM.

Deborah Markham and Michael Rossini appeal the district court's[1] denial of their Federal Rule of Civil Procedure 60(b) motion. We conclude that the court did not abuse its discretion in denying their motion, because it was untimely--alleging an error that could have been presented in a timely appeal, but having been filed more than

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

thirty days after entry of judgment--and because it failed to present new arguments. See <u>Sanders v. Clemco Indus.</u>, 862 F.2d 161, 169 (8th Cir. 1988).

Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.